1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF NEVADA**

8  UNITED STATES OF AMERICA,                    )
                                               )
9                    Plaintiff,                )
                                               )
10          v.                                 )          3:12-CR-070-LRH-(WGC)
                                               )
11  JACK WESLEY TURNER,                        )
                                               )
12  _____Defendant._____ )

13

**FINAL ORDER OF FORFEITURE**

14        On October 26, 2012, the United States District Court for the District of Nevada entered a

15  Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United

16  States Code, Section 2253, based upon the plea of guilty by defendant JACK WESLEY TURNER

17  to the criminal offense, forfeiting specific property alleged in the Indictment and shown by the

18  United States to have a requisite nexus to the offense to which defendant JACK WESLEY TURNER

19  pled guilty. Criminal Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 16; Preliminary

20  Order of Forfeiture, ECF No. 19.

21        This Court finds the United States of America published the notice of the forfeiture in

22  accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

23  consecutively from November 1, 2012, through November 30, 2012, notifying all third parties of

24  their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 21.

25        On November 28, 2012, a Petition for Remission or Mitigation was filed by Loay Turner.

26  ECF No. 20. On December 12, 2012, the United States filed a Motion to Dismiss the Petition. ECF

1    No. 22. On December 28, 2012, Ms. Turner filed an Objection to the Motion to Dismiss. ECF No.

2    23. On January 9, 2013, the United States filed a Reply to the Objection to the Motion to Dismiss.

3    ECF No. 24. On January 24, 2013, the Petition was denied at the sentencing hearing for JACK

4    WESLEY TURNER. ECF No. 26.

5         The United States has agreed to return one item of property to petitioner Loay Turner;

6    namely, the Samsung galaxy cell phone, ID No. 35460811149400, and the United States withdraws

7    its forfeiture claims regarding said cell phone.

8         This Court finds no other petitions were filed herein by or on behalf of any person or entity

9    and the time for filing such petitions and claims has expired.

10        This Court finds no petitions are pending with regard to the assets named herein and the time

11   for presenting such petitions has expired.

12        THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,

13   title, and interest in the property hereinafter described is condemned, forfeited, and vested in the

14   United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.

15   32.2(c)(2); Title 18, United States Code, Section 2253; and Title 21, United States Code, Section

16   853(n)(7) and shall be disposed of according to law:

17        1.    Dell Dimension computer tower, serial number 95KH9B1;

18        2.    25 SD Memory Card;

19        3.    Black USB thumb drive, no name of identification number present; and

20        4.    any book, magazine, periodical, film, videotape, or other matter which

21             contains any such visual depiction, which was produced, transported, mailed,

22             shipped, or received in violation of Title 18, United States Code, Section

23             2252A ("property").

24        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited

25   funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well

26   as any income derived as a result of the United States of America's management of any property

1  forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of

2  according to law.

3       The Clerk is hereby directed to send copies of this Order to all counsel of record and three

4  certified copies to the United States Attorney's Office.

5       DATED this 6th day of February, 2013.

6

7  _____

8  LARRY R. HICKS
   UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26