Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

ORDER GRANTING REQUEST FOR MODIFICATION
TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER
*Probation Form 49 (Waiver of Hearing) is Attached*
**April 14, 2025**

Name of Offender: **Jack Wesley Turner**

Case Number: **3:12CR00070**

Name of Sentencing Judicial Officer: **Honorable Larry R. Hicks**

Date of Original Sentence: **January 24, 2013**

Original Offense: **Receipt of Child Pornography**

Original Sentence: **180 months prison, followed by lifetime supervised release**

Date Supervision Commenced: **April 14, 2025**

Name of Assigned Judicial Officer: **TBD**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 180 days. You must follow the rules and regulations of the center.

## CAUSE

On January 24, 2013, the Honorable Larry R. Hicks sentenced Mr. Turner to 180 months imprisonment, followed by a lifetime term of supervised release for committing the offense of Receipt of Child Pornography. On April 11, 2025, Mr. Turner commenced supervised release.

Mr. Turner reported to the probation office on April 14, 2025, and advised he is homeless. As such, the undersigned officer respectfully requests that the Court modify Mr. Turner's conditions to include up to 180 days at the residential reentry center, so he has stable housing. The undersigned officer would also respectfully request that subsistence payments be waived for Mr. Turner so he can save his money to secure his own housing. Mr. Turner agrees with this modification as evidenced by his signature on the attached Probation 49 form.

RE: Jack Wesley Turner

Prob12B
D/NV Form
Rev. June 2014

Please contact the undersigned officer at tawni_salem@nvp.uscourts.gov or 702-278-8528 with any questions or concerns.

Respectfully submitted,

*Tawni Lea Salem*
Digitally signed by Tawni Salem
Date: 2025.04.14 10:49:13 -07'00'

Tawni Salem
Senior United States Probation Officer

Approved:

*Donnette Johnson*
Digitally signed by Donnette Johnson
Date: 2025.04.14 10:47:24 -07'00'

Donnette Johnson
Supervisory United States Probation Officer

### THE COURT ORDERS

☐ No Action.

☐ The extension of supervision as noted above.

☒ The modification of conditions as noted above

☐ Other (please include Judicial Officer instructions below):

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

*Howard D McKibben*

Signature of Judicial Officer

April 14, 2025

Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## District of Nevada

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 180 days. You must follow the rules and regulations of the center.

Witness _____
U.S. Probation Officer

Signed _Jack Trump_____
Probationer or Supervised Releasee

4-14-25
Date